*In re* Ovidio Zayas Rivera.

*Número:* 5214      *Resuelto:* 12 de marzo de 1997

Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías; Ovidio Zayas Rivera, pro se.

PER CURIAM: El 25 de octubre de 1996 emitimos una resolución mediante la cual le concedimos al Lcdo. Ovidio Zayas Rivera un término de treinta (30) días para cumplir con los requerimientos de la Oficina de Inspección de Notarías. Se le indicaba, además, en esa resolución que debía mostrar causa por la cual no debíamos ejercer nuestra jurisdicción disciplinaria en la notaría. Se le apercibió de que su incumplimiento con nuestra resolución conllevaría su suspensión sumaria del ejercicio de la notaría. Nuestra resolución le fue notificada personalmente.

La resolución referida fue ocasionada por un informe que sometió ante nos la Directora de la Oficina de Inspección de Notarías, en el cual se destacaba que Zayas Rivera había incurrido en numerosas deficiencias en sus Protocolos de 1993, 1994 y 1995, y que había desatendido los requerimientos de la oficina que lo instaban a corregir las deficiencias señaladas.

El 25 de noviembre de 1996, Zayas Rivera compareció ante nos y solicitó un plazo adicional de treinta (30) días para corregir las deficiencias notariales pendientes. El 20 de diciembre de 1996 accedimos a esta petición, y le concedimos al notario un término adicional de treinta (30) días

para cumplir con nuestra Resolución de 25 de octubre de 1996. Se le advirtió en esta segunda resolución que aún no había mostrado causa, según se le había requerido en la Resolución de 25 de octubre de 1996.

El 14 de febrero de 1997 la Directora de la Oficina de Inspección de Notarías compareció ante nos para informarnos que el licenciado Zayas Rivera todavía no había subsanado varias de las deficiencias que se le habían notificado anteriormente. Nos indicó también que Zayas Rivera continuaba sin mostrar causa, conforme a lo que le habíamos exigido en la Resolución de 25 de octubre de 1996, y lo que le habíamos reiterado en la Resolución de 20 de diciembre de 1996.

Tiene razón la Directora de la Oficina de Inspección de Notarías en su planteamiento. Zayas Rivera no ha cumplido a cabalidad con nuestras resoluciones, en lo que respecta a la corrección de las deficiencias notariales. Más aún, ha desatendido en dos ocasiones nuestro requerimiento de mostrar causa.

Reiteradamente hemos indicado que no responder a las órdenes de este Tribunal conlleva la imposición de sanciones disciplinarias severas. Véanse: *In re Pérez Benabe*, 133 D.P.R. 361 (1993); *In re Ribas Dominicci I*, 131 D.P.R. 491 (1992); *In re Nicot Santana*, 129 D.P.R 717 (1992); *In re Colón Torres*, 129 D.P.R. 490 (1991).

En vista de lo anterior, *se decreta la suspensión temporal e inmediata del licenciado Zayas Rivera del ejercicio de la notaría, hasta que demuestre causa, según se le ha requerido anteriormente, y corrija las deficiencias notariales en cuestión, y hasta que este Tribunal otra cosa disponga.*

*Se dictará sentencia de conformidad.*

El Juez Presidente Señor Andréu García no intervino.